# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY VALENZUELA,<br><br>　　　　　Defendant. | Case No.: 2:23-cr-086-JCM-EJY<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For ANTHONY VALENZUELA (ID # 01916658)** |

　　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **ANTHONY VALENZUELA**, before the United States District Court at Las Vegas, Nevada, on or about _____ IA&AP Wed 5/3/23 2:30 pm., EJY 3D _____, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　　DATED: April 25, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE