# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    vs.

ANTHONY VALENZUELA,

           Defendant.

Case No. 2:23-cr-00086-JCM-EJY

**ORDER**

Based on the pending stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the motion hearing currently scheduled on September 13, 2023, at 2:00 p.m., is vacated and continued to September 29, 2023 at 10:00 a.m. in Courtroom 3A.

DATED this 7th day of September, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

3