# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VALENZUELA,<br><br>Defendant. | Case No. 2:23-cr-00086-JCM-EJY<br><br>**Order Granting Stipulation to Continue Response Deadline to Defendant's Motion to Suppress (ECF No. 35)** |

Based on the stipulation of counsel, the Court finds that good cause exists to extend the deadline for the government to file its response to defendant Anthony Valenzuela's Motion to Suppress (the "Motion"), dated October 30, 2023 (ECF No. 35), and the defendant's deadline to file its reply to the government's response to the Motion.

IT IS THEREFORE ORDERED that the government's deadline to respond to the Motion shall be extended from November 13, 2023, to November 20, 2023; and

IT IS FURTHER ORDERED that the defendant's deadline to reply to the government's response to the Motion shall be extended from November 20, 2023, to November 29, 2023.

DATED: November 10, 2023

_____
Honorable James C. Mahan
United States District Judge