UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00086-JCM-EJY |
|---|---|
| Plaintiff, | |
| v. | |
| ANTHONY VALENZUELA, | |
| Defendant. | |

### ORDER

IT IS THEREFORE ORDERED that the reply to the Government's Response in Opposition to Motion to Suppress (ECF 40) currently due November 29, 2023, be extended to December 6, 2023.

DATED this 28th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE