**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00086-JCM-EJY |
| Plaintiff, | ORDER |
| v. | |
| ANTHONY VALENZUELA, | |
| Defendant. | |

Based on the stipulation and good cause appearing,

IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on January 26, 2024; be filed and continued to March 11, 2024.

DATED this 26th day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3