JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00086-JCM-EJY |
| Plaintiff, | **Stipulation to Continue Response Deadline to Defendant's Objection to Report and Recommendation (ECF No. 56)** |
| v. | |
| ANTHONY VALENZUELA, | **(First Stipulation to Continue)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorneys, and defendant Anthony Valenzuela, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Keisha Matthews, Assistant Federal Public Defender, hereby stipulate and agree to continue the March 25, 2024 deadline for the government to respond to defendant's Objection to the Report and Recommendation (the "Objection"), dated March 11, 2024 (ECF No. 56), to April 1, 2024.

The parties enter this stipulation for the following reasons:

1. Government counsel has a conflict in preparing the government's response to the defendant's Objection and needs additional time to prepare and file a response.

2. The parties agree to the continuance.

1

3. Trial in this matter is currently scheduled for June 17, 2024. The parties do not anticipate that this continuance will unduly delay the trial.

Respectfully submitted this 20th day of March, 2024.

| | |
|---|---|
| RENE VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha Matthews*<br>KEISHA MATTHEWS<br>Assistant Federal Public Defender | */s/ Jean N. Ripley*<br>JEAN N. RIPLEY<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY VALENZUELA,<br><br>　　　　Defendant. | Case No. 2:23-cr-00086-JCM-EJY<br><br>**Order Granting Stipulation to Continue Response Deadline to Defendant's Objection to Report and Recommendation (ECF No. 56)** |

　　　　Based on the stipulation of counsel, the Court finds that good cause exists to extend the deadline for the government to file its response to defendant Anthony Valenzuela's Objection to Report and Recommendation (the "Objection"), dated March 11, 2024 (ECF No. 56).

　　　　IT IS THEREFORE ORDERED that the government's deadline to respond to the Objection shall be extended from March 25, 2024, to April 1, 2024.

DATED: March 20, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable James C. Mahan
　　　　　　　　　　　　　　　　　　　　United States District Judge